UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER WHEELER, | No. 2:15-cv-0688-JAM-EFB P |
| Petitioner, | |
| v. | ORDER |
| ERIC ARNOLD, | |
| Respondent. | |

Petitioner, a state prisoner, proceeds pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 7, 2015, the court issued findings and recommendations, which recommended dismissal of this action for petitioner's failure to pay the required filing fee or request leave to proceed in forma pauperis ("ifp"). ECF No. 4.

Plaintiff filed objections on May 26, 2015, in which he explains that prison officials have delayed the processing of his IFP application. The court will hold the findings and recommendations in abeyance and grant petitioner a 60-day extension of time to file a completed application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. The May 7, 2015 findings and recommendations are held in abeyance, and petitioner has 60 days from the date of this order to submit his completed application for leave to proceed in forma pauperis;

2. The Clerk is directed to send petitioner a copy of the ifp application; and

3. Should petitioner fail to timely comply, those findings and recommendations will be submitted to the district judge for consideration.

DATED: June 3, 2015.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE